NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
        Social Security Administration
        Office of the General Counsel
        160 Spear St Ste 800
        San Francisco, CA 94105
        Telephone: (415) 977-8982
        Facsimile: (415) 744-0134
        Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENDALL LYDELL HOWARD, | ) No. 2:17-cv-06969-AFM |
| | ) |
| Plaintiff, | ) [PROPOSED] JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

-1-

1    Having approved the parties' joint stipulation to voluntary remand

2 pursuant to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, THE

3 COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

4

5 Date:  2/21/2018

                                  _____

6                                    ALEXANDER F. MACKINNON
                                     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28